ERIC J. HEIMANN
WSB #6-4504
Assistant United States Attorney
District of Wyoming
P. O. Box 668
Cheyenne, WY 82003
307-772-2124
eric.heimann@usdoj.gov

```
FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2019 MAR 28  AM 10: 28

STEPHAN HARRIS, CLERK
       CHEYENNE
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>*REAL PROPERTY AND PREMISES KNOWN AS*<br><br>**1106 JULIE LANE, POWELL, WYOMING,**<br><br>Defendant-Property. | **Case No. 19-cv-063-R** |

## UNITED STATES' NOTICE OF LIS PENDENS

**Name of Purported Record Title Owner(s): Northwest Wyoming Treatment Center**

PLEASE TAKE NOTICE the United States of America, on March 25, 2019, filed a Verified Complaint for Forfeiture *in Rem* against the described real property in the United States District Court, District of Wyoming, seeking a judgment and final order of forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) based upon alleged violations of 18 U.S.C. § 1347, forfeiting to the United States all right, title, and interest in and to the real property located at:

**1106 Julie Lane, Powell, Wyoming:** Kattenhorn Sub #2, Lot 19. This property is located in Park County, Wyoming.

The United States seeks forfeiture of the above property. Further information concerning this action may be obtained from the records of the Clerk of Court, United States District Court, Cheyenne, Wyoming.

DATED this 28th day of March 2019.

                                                MARK A. KLAASSEN
                                              United States Attorney

By: _____
      ERIC J. HEIMANN
      Assistant United States Attorney

STATE OF WYOMING    )
                                )
COUNTY OF LARAMIE  )

This instrument entitled <u>United States' Notice Of Lis Pendens</u> was acknowledged before me on <u>March 28, 2019</u>, by <u>Eric J. Heimann</u>.

_____
*Signature of Notarial Officer*

_____
             Notary Public

[Notary Seal: JANEE WOODSON - NOTARY PUBLIC, COUNTY OF LARAMIE, STATE OF WYOMING, MY COMMISSION EXPIRES SEP 6, 2022]

My commission expires: Sept. 6, 2022

