Randy L. Royal
WSB No. 5-1754
524 5th Ave. South
P.O. Box 551
Greybull, WY 82717
(307)765-4433 (phone)
(307)765-9563 (fax)
rlroyal@randylroyalpc.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil No. 19-cv-063-R |
| ) | |
| 1106 JULIE LANE, POWELL, WYOMING, ) | |
| ) | |
| 468 and 483 HAMILTON WAY, POWELL, ) | |
| WYOMING, ) | |
| ) | |
| TBD LANE 8½, POWELL, WYOMING, ) | |
| ) | |
| 2016 POLARIS RANGER CREW 900-6 EPS, ) | |
| BEARING VIN# 3NSRVE877GG515816, AND ) | |
| ALL ACCESSORIES, ) | |
| ) | |
| 2015 PJ UTILITY TRAILER, BEARING SERIAL ) | |
| NUMBER 4P5C51623G1238657, ) | |
| ) | |
| and ) | |
| ) | |
| ALL FUNDS DEPOSITED IN BIG HORN ) | |
| FEDERAL SAVINGS BANK ACCOUNTS ) | |
| ENDING IN 3915 and 6395 ) | |
| ) | |
| Defendant-Properties. ) | |

## NOTICE OF FILING CLAIM

Attached hereto and incorporated by reference herein is a Claim Form filed by Big Horn Federal Savings Bank.

DATED:   April 22, 2019

/s/ Randy L. Royal
Randy L. Royal
Randy L. Royal, P.C.
Attorney for Big Horn Federal Savings Bank
524 5th Avenue South, P.O. Box 551
Greybull, WY 82717
(307) 765-4433 (phone)
(307) 765-9563 (fax)
rlroyal@randylroyalpc.com

**CERTIFICATE OF SERVICE**

I, Randy L. Royal, do hereby certify that a copy of the **NOTICE OF FILING CLAIM** was served on the following parties on April 22, 2019 as indicated below. The electronic notice will be done by the U.S. District Court Clerk.

**Via: United States Mail:**

**Via: Electronic Notice:**

Eric J. Heimann
C. Levi Martin

/s/ Randy L. Royal

RLR/msa
C:\Users\Public\Documents\Civil-Shared\Big Horn Federal Savings Bank\BHF-NW WY Treatment Center\Notice of Filing Claim.docx