MARK A. KLAASSEN
United States Attorney
ERIC J. HEIMANN (WY Bar # 6-4504)
C. LEVI MARTIN (WY Bar # 6-3781)
Assistant United States Attorneys
District of Wyoming
P. O. Box 668,
Cheyenne, WY 82003
eric.heimann@usdoj.gov
christopher.martin@usdoj.gov
(307) 772-2124

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil No. **19-cv-063-R**<br>) |
| **1106 JULIE LANE, POWELL, WYOMING,** | )<br>)<br>) |
| **468 HAMILTON WAY, POWELL, WYOMING,** | )<br>)<br>) |
| *Et al.* | )<br>) |
| **Defendant-Properties.** | )<br>) |
| **BIG HORN FEDERAL SAVINGS BANK,** | )<br>)<br>) |
| Claimant. | ) |

## MOTION FOR CONSENT ORDER ON CLAIM

In this civil *in rem* action, the United States seeks forfeiture of four real properties, a vehicle and trailer, and currency because each of the Defendant-Properties constitutes, or is derived from, the proceeds of healthcare fraud. Claimant Big Horn Federal Savings Bank (Big Horn) filed a

claim as mortgage lienholder on two of the real properties. The government and Big Horn have entered a settlement agreement.

The United States of America, by and through Assistant United States Attorney Eric Heimann, respectfully requests that this Court enter a consent order on Big Horn's claim incorporating the terms of the settlement agreement. The agreement is incorporated into this motion as Attachment 1.

### PROCEDURAL HISTORY

On March 25, 2019, the government filed a verified complaint alleging that the Defendant-Properties were forfeitable under 18 U.S.C. § 981(a)(1)(C) because each property constitutes, or is derived from, the proceeds of healthcare fraud. *Complaint*, Doc. 1. The government then published its intent to forfeit the properties, and sent direct notice to individuals and entities with a known interest in any of the properties, including Big Horn.

On April 22, 2019, Big Horn filed a claim as mortgage lienholder on the following real properties (the Subject Properties):

  a. **1106 Julie Lane, Powell, Wyoming:** Kattenhorn Sub #2, Lot 19. This property is located in Park County. The record owner is NWTC.

  b. **468 Hamilton Way, Powell, Wyoming:** Powell Lumber Sub., Lot 5, Blk. 78A. This property is located in Park County. The record owner is NWTC.

*Claim Form*, Doc. 12-1. After reviewing Big Horn's claim and associated records, the government and Big Horn entered a settlement agreement.

To date, no other timely claims have been filed.

### SETTLEMENT AGREEMENT

The government and Big Horn entered a written settlement agreement on May 8, 2019. *See* Attachment 1. In summary, the government agrees that Big Horn FSB has a valid lien on the

Subject Properties, and to pay from the post-forfeiture sale procedures the unpaid principal and interest due at the time of the sale. Big Horn agrees that the payments described in the agreement will satisfy its lien.

### *REQUESTED ORDER*

Given the settlement agreement, the government requests a consent order that adopts the terms of the parties' agreement. The government has provided a proposed order for the Court's convenience.

Dated this 24th day of May, 2019.

                                                  Respectfully submitted,
                                                  MARK KLAASSEN
                                                  United States Attorney

By:   */s/ Eric Heimann*
        ERIC J. HEIMANN
        Assistant United States Attorney

### CERTIFICATE OF SERVICE

This is to certify that on May 24, 2019, I served true and correct copies of the foregoing motion upon all counsel via CM/ECF.

By:   *Louisa G. Cruz*
        United States Attorney's Office