

**FILED**

**4:21 pm, 6/12/19**
**Stephan Harris**
**Clerk of Court**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

UNITED STATES OF AMERICA

                    Plaintiff

vs                           Case Number:       19-CV-00063-KHR

1106 JULIE LANE, POWELL, WYOMING,
ET AL.

                   Defendant

## NOTICE OF ASSIGNMENT TO A UNITED STATES MAGISTRATE JUDGE AND
## CONSENT/REQUEST FOR REASSIGNMENT

In accordance with United States District Court for the District of Wyoming Administrative General
Order 2014-03, and Fed.R.Civ.P. 73, you are notified that the above entitled action has been assigned
to a United States Magistrate Judge to conduct all proceedings in this case, including trial, entry of
final judgment, and all post-judgment proceedings. <u>Exercise of this jurisdiction by a United States
Magistrate Judge is permitted only if all parties file a written consent</u>. **Indicate below if you
consent to the assignment or request the case be reassigned to a District Court Judge**.

**Consent** ☑                    **Reassignment** ☐

United States of America
_____       _____
Party(s) represented                       Party(s) represented

_____ 3/26/19     _____
Attorney Signature           Date           Attorney Signature          Date

You are **required** to return this form to the Clerk's Office within fourteen (14) days from the filing
of an answer or otherwise responsive pleading (i.e. a motion to dismiss). After completing this
form, counsel are **required** to e-mail this completed form in pdf format by emailing it to:
consents@wyd.uscourts.gov. Alternatively, the form may be mailed to the following address: U.S.
District Court, 2120 Capitol Avenue, Room 2131, Attention: Consent Clerk , Cheyenne, Wyoming
82001. **Do not e-file this document.**

No Judge will be informed of a party's response to this notification, unless all parties have
consented to the assignment of the matter to a United States Magistrate Judge.

An appeal from a judgment entered by a United States Magistrate Judge will be made directly to the
United States Circuit Court of Appeals for the Tenth Circuit in the same manner as an appeal from
any other judgment of this district. 28 U.S.C. § 636(c); Fed.R.Civ.P. 73.

WY 39                                                    Rev. 10/10/2014

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

UNITED STATES OF AMERICA

                               **Plaintiff**

vs                                        Case Number:       19-CV-63-R

1106 JULIE LANE, POWELL, WYOMING, ET
AL.

## NOTICE OF ASSIGNMENT TO A UNITED STATES MAGISTRATE JUDGE AND CONSENT/REQUEST FOR REASSIGNMENT

In accordance with United States District Court for the District of Wyoming Administrative General Order 2014-03, and Fed.R.Civ.P. 73, you are notified that the above entitled action has been assigned to a United States Magistrate Judge to conduct all proceedings in this case, including trial, entry of final judgment, and all post-judgment proceedings.  Exercise of this jurisdiction by a United States Magistrate Judge is permitted only if all parties file a written consent.  **Indicate below if you consent to the assignment or request the case be reassigned to a District Court Judge.**

**Consent**   ☒                               **Reassignment**   ☐

_Big Horn Federal Savings_
Party(s) represented                                       Party(s) represented

_____ 6-12-19_
Attorney Signature         Date                                Attorney Signature          Date

You are **required** to return this form to the Clerk's Office within fourteen (14) days from the filing of an answer or otherwise responsive pleading (i.e. a motion to dismiss).  After completing this form, counsel are **required** to e-mail this completed form in pdf format by emailing it to: consents@wyd.uscourts.gov.  Alternatively, the form may be mailed to the following address: U.S. District Court, 2120 Capitol Avenue, Room 2131, Attention: Consent Clerk , Cheyenne, Wyoming 82001.  **Do not e-file this document.**

No Judge will be informed of a party's response to this notification, unless all parties have consented to the assignment of the matter to a United States Magistrate Judge.

An appeal from a judgment entered by a United States Magistrate Judge will be made directly to the United States Circuit Court of Appeals for the Tenth Circuit in the same manner as an appeal from any other judgment of this district. 28 U.S.C. § 636(c); Fed.R.Civ.P. 73.