

**FILED**
*10:34 am, 9/6/19*
**Stephan Harris**
**Clerk of Court**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>1106 JULIE LANE, POWELL, WY, )<br>)<br>468 and 483 HAMILTON WAY, )<br>POWELL, WY, )<br>)<br>TBD LANE 8½, POWELL, WY, )<br>)<br>2016 POLARIS RANGER CREW 900-6 )<br>EPS, VIN # 3NSRVE877GG515816, )<br>AND ALL ACCESSORIES, )<br>)<br>2015 PJ UTILITY TRAILER, )<br>SERIAL # 4P5C51623G1238657, )<br>)<br>and )<br>)<br>ALL FUNDS DEPOSITED IN BIG )<br>HORN FEDERAL SAVINGS BANK )<br>ACCOUNTS ENDING IN 3915 )<br>and 6395, )<br>)<br>Defendant-Properties. )<br>)<br>BIG HORN FEDERAL SAVINGS )<br>BANK, )<br>)<br>Claimant. ) | Civil No. 19-cv-00063-KHR |

---

### JUDGMENT OF FORFEITURE

---

Upon consideration of the government's Motion for Judgment of Forfeiture, and the pleadings and papers on file in this case,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. The following Defendant-Properties are forfeitable under 18 U.S.C. § 981(a)(1)(C), and the United States has established the requisite nexus between the Defendant-Properties and healthcare fraud in violation of 18 U.S.C. § 1347. Therefore, all right, title, and interest in the following Defendant-Properties (including all appurtenances, improvements, and attachments thereon) is hereby condemned, forfeited, and vested in the United States of America, and shall be disposed of according to law:

   a. 1106 Julie Lane, Powell, Park County, Wyoming: Kattenhorn Sub #2, Lot 19.

   b. 468 Hamilton Way, Powell, Park County, Wyoming: Powell Lumber Sub., Lot 5, Blk. 78A.

   c. 483 Hamilton Way, Powell, Park County, Wyoming: Powell Lumber Sub., Lot 7, Blk. 78 (Block 78B).

   d. TBD Lane 8 ½, Powell, Park County, Wyoming: First Development Park (Phase One), Lot 6 (4.10 AC).

   e. 2016 Polaris Ranger Crew 900-6 – EPS and all accessories: Model # R16RVE87A bearing vehicle identification number 3NSRVE877GG515816. Accessories include heater kit, K-tracks, K-roof, Pro-Fit glass windshield, and K-mount.

   f. 2015 PJ Utility Trailer: 83" x 16' black utility trailer bearing serial number 4P5C51623G1238657.

   g. All funds deposited in Big Horn Federal Savings Bank account ending in 3915 and held in the name of Northwest Wyoming Treatment Center Inc. (NWTC) and Joe Bridges.

   h. All funds deposited in Big Horn Federal Savings Bank account ending in 6395 and held in the name of Northwest Wyoming Treatment Center Inc. (NWTC), Chad Lindsay, and Joe Bridges.

2. This judgment incorporates the Consent Order on Claim (Doc. 15) previously entered by this court on June 17, 2019.

3. The Defendant-Properties are hereby forfeited to the United States of America, and the United States now has clear title to the Defendant-Properties. The United States may seize the Defendant-Properties, and shall dispose of the Defendant-Properties according to law and the Consent Order on Claim (Doc. 15).

4. This Court shall retain jurisdiction of this cause for the purpose of enforcing the Judgment of Forfeiture.

5. The Clerk of the Court shall forward four certified copies of this Order to the United States Attorney's Office for the District of Wyoming, Attention: Assistant U.S. Attorney Eric J. Heimann.

DATED this 6th day of September 2019.

_____
HON. KELLY H. RANKIN
Chief United States Magistrate